FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiffs,  ) | No. CR-06-165-AWI |
| ) | |
| vs.  ) | ORDER OF RELEASE |
| ) | |
| SUSAN SANCHEZ,  ) | |
| ) | |
| Defendant.  ) | |

The above named defendant having been sentenced on December 10, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released ON December 11, 2007 to Turning Point Personel. A certified Judgment and Commitment order to follow.

DATED: _12-10-07_

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1