FILED
MAY 04 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. 1:06-CR-00165-AWI |
| vs. | ORDER OF RELEASE |
| SUSAN SANCHEZ, | |
| Defendant. | |

The above named defendant having been sentenced on May 4, 2009 to remain on Supervised Release.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 5-4-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1