Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Susan SANCHEZ |
| **Docket Number:** | 1:06CR00165 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 01/11/2004 (Mexico) |
| **Original Offense:** | Transportation of Marijuana<br>(CLASS B FELONY) |
| **Original Sentence:** | 10 years imprisonment; $4,524 pesos (equivalent of 100 days labor); Court stipulated fine may be substituted by community service; Mandatory urinalysis |
| **Special Conditions:** | Substance abuse counseling/testing; Abstain from alcohol; Mental health counseling |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 04/19/2006 |
| **Assistant U.S. Attorney:** | Duce Rice    **Telephone:** (559) 497-4031 |
| **Defense Attorney:** | Eric Kersten    **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>**04/24/2006**</u>: | Pursuant to 18 USC 4106A(b)(3) Jurisdiction transferred to the Eastern District of California (case number 1:06CR00165 AWI.) |

RE:     Susan SANCHEZ
        Docket Number:  1:06CR00165 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**05/18/2007**:            Petition for warrant submitted alleging the following violations: Charge 1) Illicit Drug Use - Amphetamine/Methamphetamine and Marijuana; Charge 2) Failure to Report Change of Address; Charge 3) Failure to Submit Monthly Supervision Reports. On December 10, 2007, the releasee appeared before the Court for a Dispositional Hearing. The Court modified the conditions of supervised release to include a 180 day commitment to the Community Re-entry Center, Turning Point, Bakersfield, imposed a warrantless search condition and extended the term of supervised release to January 22, 2012.

**10/21/2008**:            Probation 12B Modification submitted to advise the Court that the releasee tested positive for amphetamine, methamphetamine and marijuana. A recommendation was submitted to modify the conditions of supervised release to include a special condition requiring the releasee to participate in the Turning Point Facility for a period of up to 120 days. On October 26, 2008, your Honor approved the recommended intervention plan.

**11/13/2008**:            Probation 12C Petition submitted alleging the following violations: Charge 1) Failure to Enter a Residential Re-entry Center; Charge 2) Failure to Report Change of Address. On November 18, 2008, your Honor issued a no bail warrant. On May 4, 2009, the releasee appeared before your Honor for a Dispositional Hearing in reference to her supervised release violations. The Court found that the releasee violated the terms and conditions of supervised release as alleged in the petition filed November 13, 2008. The Court ordered supervision granted on January 11, 2004, to be continued with a modification for the expiration term of supervised release to be extended to May 1, 2012.

**08/07/2009**:            Probation 12A1 Report of Offender Non-compliance submitted to the Court that on May 22, 2009, the releasee submitted a random urinalysis in reference to specimen number C01178507, which tested positive for amphetamine and methamphetamine. A recommendation for no adverse

**RE:**   **Susan SANCHEZ**
           **Docket Number:  1:06CR00165 AWI**
           **PETITION TO MODIFY THE CONDITIONS OR TERM**
           **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | action was submitted based upon the releasee entering the Turning Point, Residential Re-entry Center on June 1, 2009, to commence a 120 day Court ordered commitment.  On August 7, 2009, Your Honor approved the recommendation. |
| **11/02/2010:** | Probation Form 12A1 Report of Offender Non-compliance submitted to the Court to report irregular submission of Monthly Supervision Reports.  The probation officer provided intervention to address the non-compliant conduct by providing the releasee a method to insure her timely compliance with Monthly Supervision Reports.   On November 2, 2010, Your Honor approved the modification plan. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Turning Point for a period up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**   On December 2, 1010, the undersigned conducted a home contact to obtain an update on the subject's status.  At the conclusion of the home contact the undersigned requested Ms. Sanchez submit to a random urinalysis specimen in reference to specimen number B01713883.  According to Alere Toxicology Report dated December 28, 2010, the specimen could not be tested due to insufficient quantity for analysis.

On January 14, 2011, Ms. Sanchez reported to the U. S. Probation Officer and disclosed that during the Christmas holiday she smoked marijuana.  Ms. Sanchez stated she has been experiencing emotional stress at home due to a conflict with her sister and financial concerns.  Ms. Sanchez requested an opportunity to return to the Turning Point Residential Re-Entry Center in order to

**RE:     Susan SANCHEZ**
         **Docket Number:  1:06CR00165 AWI**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

regain stability.  The undersigned reviewed the Waiver of Hearing form to modify the conditions of her supervised release.  The releasee agreed to a modification to include 120 days participation in the Turning Point Residential Re-Enter Center and signed and dated the form.

It is respectfully recommended the Court modify the conditions of supervised release to provide the releasee an opportunity to participate in the Turning Point, Residential Community Corrections Center.  While participating in the Turning Point facility, Ms. Sanchez will continue to receive outpatient mental health counseling at Legacy Behavioral Services.  Additionally, the probation officer will conduct conferences with Ms. Sanchez and her case manager at the Turning Point facility to monitor her progress in the program.

                                    Respectfully submitted,

                                    /s/ Lonnie E. Stockton

                              **LONNIE E. STOCKTON**
                         **Senior United States Probation Officer**
                              Telephone:  (661) 861-4124

**DATED:**     January 21, 2011
               Bakersfield, California
               LES:dk
                         /s/ Thomas A. Burgess
**REVIEWED BY:**  _____
               **THOMAS A. BURGESS**
               **Supervising United States Probation Officer**

RE:  Susan SANCHEZ
     Docket Number:  1:06CR00165 AWI
     **PETITION TO MODIFY THE CONDITIONS OR TERM
     OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )  Modification approved as recommended.

(   )  Modification not approved at this time.  Probation Officer to contact Court.

(   )  Other:


cc:  United States Probation
     Duce Rice, Assistant United States Attorney
     Eric Kersten, Assistant Federal Defender
     Defendant
     Court File


IT IS SO ORDERED.

Dated:   January 25, 2011                           _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE